**THE FLEISHMAN LAW FIRM**
Charles J. Fleishman Bar# 46405
Paul A. Fleishman Bar # 251657
21243 Ventura Blvd. Suite 141
Woodland Hills, CA 91364
Telephone: (818)805-3161
Fax: (818)805-3163
erisa@erisarights.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY ODD,<br><br>   Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a corporation; DELTA FAMILY-CARE DISABILITY AND SURVIVORSHIP PLAN, an ERISA plan; DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 2:18-cv-02523-DMG-MRW<br><br>PLAINTIFF'S NOTICE OF APPEAL TO THE NINTH CIRCUIT |

  Notice is hereby given that HOLLY ODD, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on the 24th day of April, 2019.

  Plaintiff/appellant, Holly Odd, is represented by Charles J. Fleishman and Paul A. Fleishman, 21243 Ventura Blvd #141, Woodland Hills, California 91364.

i

Defendants/appellees, Delta Air Lines, Inc. and Delta Family-Care and Survivorship Plan are represented by Charles N. Bland of Bland, Navarro & Weber LLP, 444 South Flower Street, Suite 2160, and J. Timothy McDonald of Thompson Hine LLP, Two Alliance Center, Suite 1600, 3560 Lenox Road, Atlanta Georgia 30326.

Dated: May 13, 2019

/s/Paul Fleishman
Paul Fleishman